## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CURTIS ALLEN,

     Plaintiff,

     v.

DEPARTMENT OF LABOR,

     Defendant.

Case No.: 2:25-cv-01435-GMN-NJK

**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On August 5, 2025, Plaintiff Curtis Allen filed a Complaint against Defendant Department of Labor (*See* Compl., ECF No. 1). On November 4, 2025, the Court warned Plaintiff that if he did not properly serve Defendant by December 4, 2025, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 4). The deadline has now passed, no proper proof of serve has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

    **IT IS THEREFORE ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

    The Clerk is kindly instructed to close the case.

    **DATED** this __5__ day of June, 2026.

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT